Adam M. Starr, CSB #246292
AdamStarr@MarkowitzHerbold.com
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
Ursula M. Lalović, CSB #215551
UrsulaLalovic@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS VAN DER VOORT, an individual,<br><br>Defendant. | Case No. 3:25-cv-09122-JSC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)**<br><br>Judge:    Honorable Jacqueline Scott Corley |

Plaintiffs voluntarily dismiss this action with prejudice and without an award of fees and costs.  Defendant has not filed an answer.

DATED:  November 6, 2025.     MARKOWITZ HERBOLD PC

*s/ Adam M. Starr*
Adam M. Starr, CSB #246292
AdamStarr@MarkowitzHerbold.com
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
Ursula M. Lalović, CSB #215551
UrsulaLalovic@MarkowitzHerbold.com
*Attorneys for Plaintiffs*

2378641.1